UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FRANKIE VILLANUEVA,

Defendant.

24 CR 366 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This case was today assigned to this Court's docket. The Court will hold an initial conference on **Friday, June 14, 2024 at 12:15 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 7, 2024
New York, New York