UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -v-

FRANKIE VILLANUEVA,

           Defendant.

------------------------------------------------------------X

24-CR-366 (PAE)

<u>SCHEDULING ORDER</u>

PAUL A. ENGELMAYER, United States District Judge:

    For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Any superseding indictment shall be filed by **October 15, 2024**.
- The Government's 404(b) letter shall be due by **October 15, 2024**.
- Any motions *in limine* shall be filed by **October 29, 2024**.
- Requests to charge and proposed *voir dire* shall be filed by **October 29, 2024**.
- Opposition to any motions *in limine* shall be filed by **November 5, 2024**.
- The final pretrial conference in this case is scheduled for **November 12, 2024** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- Trial in this case is scheduled to begin **November 18, 2024** at **9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

1

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **November 18, 2024**.

SO ORDERED.

Dated: September 6, 2024
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge