UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANKIE VILLANUEVA,<br><br>Defendant. | **MISDEMEANOR INFORMATION**<br><br>S1 24 Cr. 366 (PAE) |

**COUNT ONE**
**(U.S. Department of Housing and Urban Development Fraud)**

The United States Attorney charges:

1. From at least in or about 2018 through at least in or about 2022, in the Southern District of New York and elsewhere, FRANKIE VILLANUEVA, the defendant, received compensation, a rebate, and a reward with intent to defraud the U.S. Department of Housing and Urban Development ("HUD") and with intent unlawfully to defeat HUD's purposes, to wit, VILLANUEVA, with intent unlawfully to defeat HUD's purposes, solicited and accepted a total of at least approximately $50,000 in bribes in exchange for arranging for certain contractors to receive no-bid contracts from the New York City Housing Authority—an agency which received a substantial portion of its funding from HUD—worth a total of at least approximately $200,000.

(Title 18, United States Code, Section 1012.)

_____
DAMIAN WILLIAMS
United States Attorney