UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FRANKIE VILLANUEVA,

Defendant.

24-CR-366 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from the Government asking the Court to issue a turnover order with respect to $49,623 from the judgment debtor's nonexempt 457 plan.  The Court directs the defendant, Frankie Villanueva, to file any response to this motion by Friday, **April 24, 2026**.  The Court separately notes that the Government's notice of motion refers to the judgment debtor as Marlon Mackey, but does not explain whom Mr./Ms. Mackey is or his/her relationship to this matter. The Court directs the Government, forthwith, to file a letter with such an explanation.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 10, 2026
New York, New York